IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LACI N. BLANCHARD, Individually, and as next friend of W.B., Surviving minor child of RONNIE P. BLANCHARD, JR.<br><br>*Plaintiffs*<br><br>v.<br><br>SANARE ENERGY PARTNERS LLC<br><br>*Defendant.* | Civil Action No. 4:22-cv-2420 |

**DEFENDANT SANARE ENERGY PARTNERS LLC'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

To the Honorable George C. Hanks, Jr., U.S. District Judge:

I.   Interested Parties

The following persons and/or entities may have a financial interest in the outcome of this litigation:

- Laci N. Blanchard – Plaintiff
- W.B., minor child – Plaintiff
- The Estate of Ronnie P. Blanchard, Jr.
- Sanare Energy Partners LLC – Defendant
- DRENNAN LANGDON & FIDEL, LLP – Plaintiffs' Counsel
- Arnold & Itkin LLP – Plaintiffs' Counsel
- SBS Energy Services, LLC – Ronnie P. Blanchard, Jr.'s alleged former employer
- Markel International Insurance Co./JH Blades – Defendant's insurance carrier

Defendant Sanare Energy Partners LLC knows of no other persons who may have a financial interest in the outcome of this litigation at this time.

  II.  <u>Corporate Disclosure Statement</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant represents:

- Defendant is 100% owned by Stockbridge Natural Resources, LLC, which is 100% owned by Apure Capital Partners, LLC, which is 100% owned by Oakridge Energy Partners, LLC; and

- No publicly held corporation owns 10% or more of Defendant's stock.

            Respectfully submitted,

            <u>/s/ Robert R. Johnston</u>
            Robert R. Johnston, T.A. (#22442) (*pro hac vice*)
            **PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
            1100 Poydras Street, Suite 2250
            New Orleans, Louisiana 70163
            Telephone: (504) 620-2500
            Facsimile: (504) 620-2510
            Robert.Johnston@pjgglaw.com

            **Attorney-in-Charge for Defendant Sanare Energy Partners LLC**

<u>**OF COUNSEL:**</u>

**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**

Constance C. Waguespack (#36416)
(*pro hac vice*)
1100 Poydras Street, Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Constance.Waguespack@pjgglaw.com

*And*

HALL MAINES LUGRIN, P.C.

M. Matt Jett
Texas Bar No. 24068684
S.D. Tex. No. 1091711
mjett@hallmaineslugrin.com
Robert E. Freehill
Texas Bar No. 24069023
S.D. Tex. No. 1839921
rfreehill@hallmaineslugrin.com
Mitchell R. Austin
Texas Bar. No. 24116051
S.D. Tex. No. 3691079
maustin@hallmaineslugrin.com

Williams Tower, 64th Floor
2800 Post Oak Blvd.
Houston, Texas 77056-6125
Telephone: (713) 871-9000
Telecopier: (713) 871-8962

**ATTORNEYS FOR DEFENDANT
SANARE ENERGY PARTNERS, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been served on all counsel of record U.S. Mail, return receipt requested, or through the Clerk of this Court on this 5th day of August, 2022.

Kurt Arnold
Micajah Boatright
Roland Christensen
Adam Lewis
Arnold & Itkin LLP
6009 Memorial Drive
Houston, Texas 77007

Joe Drennan
Wendell H. Langdon, III
DRENNAN LANGDON & FIDEL, LLP
1001 Main St., Ste. 706
Lubbock, Texas 79401
**Attorneys for Plaintiffs**

                                                     */s/ Robert E. Freehill*
                                                       Robert E. Freehill