UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LACI N. BLANCHARD, Individually, and as next friend of W.B., Surviving minor child of RONNIE P. BLANCHARD, JR., §§§§§ Plaintiffs, § § v. § § SANARE ENERGY PARTNERS LLC, ET AL, § § Defendants. § | Civil Action No. 4:22-cv-2420 |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs LACI N. BLANCHARD, Individually, and as next friend of W.B., Surviving minor child of RONNIE P. BLANCHARD, JR., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, provides notice that it voluntarily dismisses *without prejudice* all claims against Defendant SBS Energy Services, LLC.

This notice of dismissal is being filed "before the opposing party serves either an answer or a motion of summary judgment" in this action. FED. R. CIV. P. 41(a)(1)(A)(i); *see also Safeguard Bus. Sys., Inc. v. Hoeffel*, 907 F.2d 861, 863 (8th Cir. 1990) ("Because the rule permits dismissal as of right, it requires only notice to the court, not a motion, and permission or order of court is not required.") (citing 5 J. Moore, *Moore's Federal Practice* ¶ 41.02, at 41-14 (1988); 9 C. Wright & A. Miller, *Federal Practice & Procedure* § 2363, at 159 (1971)). As such, this dismissal is effective upon filing without a Court Order. *Id.* Further, consent of any party is not required. *Id.*

In sum, Plaintiffs file this Rule 41(a)(1)(A)(i) dismissal against Defendant SBS Energy Services, LLC without prejudice. This Rule 41(a)(1)(A)(i) dismissal does not apply to any of the remaining named defendants.

Respectfully Submitted,

ARNOLD & ITKIN LLP

/s/ Adam Lewis

_____
Kurt Arnold
SBN: 24036150
karnold@arnolditkin.com
Micajah Boatright
SBN: 24036237
cboatright@arnolditkin.com
Roland Christensen
SBN: 24101222
rchristensen@arnolditkin.com
Adam Lewis
SBN: 24094099
alewis@arnolditkin.com
6009 Memorial Drive
Houston, TX  77007
Tel: 713.222.3800
Fax: 713.222.3850
e-service@arnolditkin.com

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure on this 2nd day of December, 2022.

*Adam D. Lewis*
Adam D. Lewis