IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LACI N. BLANCHARD, INDIVIDUALLY, AND AS NEXT FRIEND OF W.B., SURVIVING MINOR CHILD OF RONNIE P. BLANCHARD, JR. | § § § § § § | CIVIL ACTION NO. 4:22-CV-2420 |
| *Plaintiff,* | § § | JUDGE: GEORGE C. HANKS, JR. |
| v. | § § | |
| SANARE ENERGY PARTNERS LLC, ET AL. | § § § § | |
| *Defendants.* | § | MAGISTRATE JUDGE: ANDREW M. EDISON |

**<u>MOTION FOR COURT TO ENTER STANDARD PROTECTIVE ORDER</u>**

To the Honorable George C. Hanks, Jr., U.S. District Judge:

Defendant, Sanare Energy Partners, LLC ("Sanare") files this agreed motion respectfully requesting this Court enters its standard protective order in these proceedings.

### I.    Argument

This court may enter protective orders pursuant to Federal Rule of Civil Procedure 26(c) to ensure the confidential information of a party is disclosed only in accordance with this Court's protective order. The parties have conferred in this matter, and all agreed to the form and substance of the Court's standard protective order which is attached to this motion as *Exhibit 1*.

Page 1

## II.     Request For Relief

Sanare Energy Partners, LLC respectfully requests the Court grant this Motion as soon as practicable and enter its standard protective order, attached to this motion as *Exhibit 1*. Sanare requests any other, further, or alternative relief to which it is entitled.

**Date: August 10, 2023**.

Respectfully submitted,

By */s/Aaron E. Koenck*
M. Matt Jett, Attorney-in-charge
Texas Bar No. 24068684
S.D. Tex. No. 1091711
mjett@hallmaineslugrin.com
HALL MAINES LUGRIN, P.C.
Williams Tower, Suite 6400
2800 Post Oak Boulevard
Houston, Texas 77056-6125
Tel. 713.871.9000
Fax 713.871.8962

**OF COUNSEL:**
HALL MAINES LUGRIN, P.C.
Robert E. Freehill
Texas Bar No. 24069023
S.D. Tex. No. 1839921
rfreehill@hallmaineslugrin.com
Aaron E. Koenck
Texas Bar. No. 24116632
S.D. Tex. No. 3838389
akoenck@hallmaineslugrin.com

*- and -*

PUSATERI, JOHNSTON, GUILLOT &
GREENBAUM, LLC
Robert R. Johnston (#22442) (*pro hac vice*)
Robert.Johnston@pjgglaw.com
Constance C. Waguespack (#36416) (*pro hac vice*)
Constance.Waguespack@pjgglaw.com
1100 Poydras Street, Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
**ATTORNEYS FOR DEFENDANT
SANARE ENERGY PARTNERS, LLC**

## **CERTIFICATE OF CONFERENCE**

On July 24, 2023, counsel for Sanare, Aaron E. Koenck, contacted counsel for Plaintiff and All Coast, LLC by email requesting their position on the substance and form of the Standard Protective Order which is attached to this motion as *Exhibit* 1.

Plaintiff's counsel responded on July 27, 2023, by email and stated they agreed to the form and substance of the Standard order and may sign *Exhibit* 1 by permission.

Counsel for All Coast, LLC responded on July 28, 2023, by email and stated they agreed to the relief sought in this motion by email and stated they agreed to the form and substance of the Standard order and may sign *Exhibit* 1 by permission.

>        */s/ Aaron E. Koenck*_____
>        Aaron E. Koenck

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing has been served on all counsel of record via U.S. Mail, return receipt requested, or through the Clerk of this Court on August 10, 2023.

**ATTORNEYS FOR PLAINTIFF**                                                                                     *via e-service*

Kurt Arnold
Micajah Boatright
Roland Christensen
Adam Lewis
Arnold & Itkin LLP
6009 Memorial Drive
Houston, Texas 77007
karnold@arnolditkin.com
cboatright@arnolditkin.com
rchristensen@arnolditkin.com
alewis@arnolditkin.com

- and -

Joe Drennan
Wendell H. Langdon, III
DRENNAN LANGDON & FIDEL, LLP
1001 Main St., Ste. 706
Lubbock, Texas 79401
joe@DLFlawfirm.com
wlang_don@DLFlawfirm.com

**ATTORNEYS FOR ALL COAST, LLC**                                                                    *via e-service*

Matthew A. Moeller (#29991)
matthew@moellerfirm.com
David K. Smith (#35325)
david@moellerfirm.com
Kassie L. Richbourg (#37521)
kassie@moellerfirm.com
650 Poydras Street, Suite 2516
New Orleans, LA 70130

                                                             /s/ *Aaron E. Koenck*
                                                             Aaron E. Koenck