**HALL MAINES LUGRIN**

March 1, 2024

**Robert Freehill**
Senior Counsel
713.586.4294
rfreehill@hallmaineslugrin.com

Honorable Judge George C. Hanks, Jr.        *Via Electronic Filing*
United States District Court
Southern Division of Texas

Re:   Civil Action No. 4:22-cv-2420; *Laci N. Blanchard, Ind. And as Next Friend of W.B., Surviving Minor Child of Ronnie P. Blanchard, Jr. v. Sanare Energy Partners LLC, et al.;* In the United States District Court for the Southern Division of Texas

Dear Judge Hanks:

I am one of the attorneys of record for Defendant/Third Party Plaintiff Sanare Energy Partners, LLC in the above-referenced civil action. I am writing to request the Court's accommodation with respect to a vacation which was planned and paid for prior to the Court's Orders setting this Civil Action for trial during the forty-five (45) days subsequent to the August 9, 2024, Docket Call. *See* [ECF No. 46, 50].

I will be out of the country on vacation from August 16, 2024 to September 2, 2024. To the extent the Court can accommodate my vacation without unnecessarily impacting its docket, I respectfully request that the court not set any hearings or this matter for trial between August 16, 2024 and September 2, 2024.

By copy of this letter submitted through the court's electronic filing system all counsel of record are being notified of this request.

Please do not hesitate to let me know if you have any questions. Thank you in advance for this accommodation.

Very truly yours,

*/s/ Robert Freehill*

Robert Freehill

REF/ebe