**HALL MAINES LUGRIN**

March 1, 2024

M. Matt Jett
Shareholder
832.681.5407
mjett@hallmaineslugrin.com

Honorable Judge George C. Hanks, Jr.  *Via Electronic Filing*
United States District Court
Southern Division of Texas

Re: Civil Action No. 4:22-cv-2420; *Laci N. Blanchard, Ind. And as Next Friend of W.B., Surviving Minor Child of Ronnie P. Blanchard, Jr. v. Sanare Energy Partners LLC, et al.;* In the United States District Court for the Southern Division of Texas

Dear Judge Hanks:

I am attorney-in-charge for Defendant/Third Party Plaintiff Sanare Energy Partners LLC in the above-referenced civil action. I am writing to request the Court's accommodation with respect to a vacation which was planned and paid for prior to the Court's Orders setting this Civil Action for trial during the forty-five (45) days subsequent to the August 9, 2024, Docket Call. *See,* [ECF No. 46, 50].

I will be out of the country on vacation from August 19-30, 2024. To the extent the Court can accommodate my vacation with unnecessarily impacting its docket, I respectfully request that the court not set any hearings or this matter for trial between August 19-30, 2024.

By copy of this letter through the court's electronic filing system all counsel of record are being notified of this request.

Please let me know if you have any questions. Thank you for your attention to this matter.

Very truly yours,

*/s/ M. Matt Jett*

M. Matt Jett

MMJ/tml