AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-2420

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SBS ENERGY SERVICES, LLC c/o Registered Agent NORTHWEST REGISTERED AGENT, LLC
was received by me on *(date)* 3/4/2024 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Brittany Buzbee , who is designated by law to accept service of process on behalf of *(name of organization)* Northwest Registered Agent, LLC, Registered Agent for SBS Energy Services, LLC on *(date)* 3/5/2024 at 11:15 am ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/6/2024

*Server's signature* — Velma Ruth Flynn

Velma Ruth Flynn, Process Server
*Printed name and title*

1201 Louisiana St Ste 370, Houston, TX 77002
*Server's address*

Additional information regarding attempted service, etc:

Service address: 5900 BALCONES DRIVE, SUITE 100 AUSTIN, TEXAS 78731
Additional documents served: SECOND AMENDED COMPLAINT

Print    Save As...    Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| LACI N. BLANCHARD, INDIVIDUALLY, AND AS NEXT FRIEND OF W.B., SURVIVING MINOR CHILD OF RONNIE P. BLANCHARD, JR  *Plaintiff(s)* <br> v. <br> SANARE ENERGY PARTNERS, LLC, ET AL.  *Defendant(s)* | ) ) ) ) ) ) ) )  Civil Action No. 4:22-cv-2420 ) ) ) ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  SBS ENERGY SERVICES, LLC
THROUGH ITS REGISTERED AGENT
NORTHWEST REGISTERED AGENT, LLC
5900 BALCONES DRIVE, SUITE 100
AUSTIN, TEXAS 78731

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   KURT ARNOLD, CAJ BOATRIGHT, ROLAND CHRISTENSEN AND SAMUEL LONG
ARNOLD & ITKIN LLP
6009 MEMORIAL DR.
HOUSTON TX 77007
713-222-3800
ROLANDTEAM@ARNOLDITKIN.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: March 4, 2024

*Nathan Ochsner, Clerk of Court*

s/ A. Michael
*Signature of Clerk or Deputy Clerk*