**ARNOLD & ITKIN**
TRIAL LAWYERS

August 19, 2022

**VIA ELECTRONIC E-SERVICE**
George C. Hanks, Jr.
United States District Judge
515 Rusk St., Room 6202
Houston, TX 77002

Re: *Blanchard v. Sanare Energy Partners LLC*, et al., Case No: 4:22-cv-02420

Dear Judge Hanks:

The purpose of this letter is to request a pre-motion conference on Plaintiff's request for leave to amend her complaint. *See* Ex. 1: Proposed Third Amended Complaint. Counsel for Plaintiff has conferred with counsel for all Defendants and *all parties are unopposed* to the filing of the Proposed Third Amended Complaint to add necessary parties.

This maritime case follows an offshore incident that occurred on March 22, 2022, where Decedent Ronnie Blanchard died when a piece of equipment he was attached to collapsed, dragging him into the ocean where he drowned. On June 2, 2022, Ms. Blanchard sued Sanare Energy Partners in Texas state court. Sanare removed the case to this Court.

Since the removal, this case has had a somewhat extensive procedural history. After Ms. Blanchard's state court case was removed to the Southern District, she amended her complaint adding Defendant SBS Energy Services, LLC. *See* (Doc. 11). About two months later, SBS Energy moved to dismiss or transfer the case. *See* (Doc. 24). After the parties conducted jurisdictional discovery, SBS Energy renewed its motion to dismiss. *See* (Doc. 34). In early December 2022, Plaintiff filed a voluntary dismissal without prejudice as to SBS Energy. *See* (Doc. 36).

While this case was still pending against Sanare and All Coast, Plaintiff filed a case in Louisiana state court against SBS Energy and Kinsale Insurance. On February 29th of this year, Sanare filed a third-party complaint against SBS Energy here in the Southern District. *See* (Doc. 52). On March 1st, Plaintiff amended her complaint a second time filing claims once again against SBS Energy based on the new jurisdictional arguments advanced by Sanare. *See* (Doc. 54, Civ. A. No. 4:22-cv-2420). That same day, SBS Energy removed the Louisiana state case to federal court. Plaintiff moved to remand. *See* (Doc. 11, Civ. A. No. 2:24-cv-00534). On March 26, SBS Energy answered the case here in the Southern District and requested that

**ARNOLD & ITKIN**
TRIAL LAWYERS

Plaintiff dismiss the litigation in the Eastern District of Louisiana. *See* (Doc. 65). To consolidate the litigation, Plaintiff agreed, and moved to dismiss the Eastern District of Louisiana case, which the Court then granted. Now that SBS is settled in the litigation in the Southern District, merits discovery has commenced in full.

As a result of initial document discovery, new parties have been identified (Warrior Energy Services Corporation d/b/a Fastorq, L.L.C. and Superior Energy Services-North America Services, Inc.; Hardy Oilfield Services; and NPC Land & Marine). Plaintiff seeks leave to add those parties to the suit. Counsel has conferred with Defendants, and they are unopposed to the amendment.

Federal Rule of Civil Procedure 15 gives parties like Plaintiff permission to amend their pleadings with "the opposing party's written consent or the court's leave." FED. R. CIV. P. 15. "The court should freely give leave when justice so requires." *Id.* Leave to amend is proper here so that Plaintiff can be "afforded an opportunity to test h[er] claim on the merits." *Foman v. Davis*, 371 U.S. 178, 182 (1962). The request for leave to amend is not sought in bad faith as these parties have been recently discovered given the lengthy jurisdictional issues in this case (which now appear to be settled).

Plaintiff is hopeful that the Court will call a telephonic or in-person conference to discuss the issues presented here to allow Plaintiff to expeditiously amend and add necessary parties.

Sincerely,

Roland Christensen

_____

ARNOLD & ITKIN LLP
Kurt Arnold
SBN:  24036150
karnold@arnolditkin.com
Caj Boatright
SBN: 24036237
cboatright@arnolditkin.com
Roland Christensen
SBN: 24101222
rchristensen@arnolditkin.com

**ARNOLD & ITKIN**
TRIAL LAWYERS

Adam Lewis
SBN: 24094099
alewis@arnolditkin.com
6009 Memorial Drive
Houston, TX  77007
Tel: 713.222.3800
Fax: 713.222.3850
e-service@arnolditkin.com
RolandTeam@arnolditkin.com

-AND-

Joe Drennan
SBN: 24080652
joe@dlflawfirm.com
Wendell H. Langdon, III
SBN: 24080116
wlangdon@dlflawfirm.com
DRENNAN LANGDON & FIDEL, LLP
1001 Main Street, Suite 706
Lubbock, TX 79401

Attorneys for Plaintiff Laci N. Blanchard