**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| LACI N. BLANCHARD § | |
| § | |
| Plaintiff(s), § | |
| VS. § | CIVIL ACTION NO. 4:22−cv−02420 |
| § | |
| SANARE ENERGY PARTNERS, LLC, et al. § | |
| § | |
| Defendant. § | |

## NOTICE OF RESETTING

A Pre−Motion Conference has been set in this matter for 03:00 PM on 5/14/2024. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1600772147?pwd=aEhhYURZbFNjSTF1Nm1PN0JGR1FOQT09*
Meeting phone number: 1−669−254−5252
Meeting ID: 160 077 2147
Meeting Password: 538311

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 5/10/2024                                             Kimberly Picota
                                                            cm4147@txs.uscourts.gov
                                                            Case Manager to
                                                            U.S. District Judge George C. Hanks, Jr.