United States District Court
Southern District of Texas
**ENTERED**
May 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LACI N. BLANCHARD, § | |
|     Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-02420 |
| § | |
| SANARE ENERGY PARTNERS, LLC, *et* § | |
| *al.*, § | |
|     Defendants. § | |

## ORDER

Pending before the Court is Plaintiff's request for leave to file a third amended complaint. (Dkt. 67). Upon review, the Court finds that Plaintiff's request should be **GRANTED**. As such, Plaintiff may file the proposed third amended complaint by May 17, 2024 at 5:00 p.m.

**IT IS SO ORDERED**.

SIGNED at Houston, Texas on May 15, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE