United States District Court
Southern District of Texas
**ENTERED**
August 02, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LACI N. BLANCHARD, | § | |
|   Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-02420 |
| | § | |
| SANARE ENERGY PARTNERS, LLC, *et al.*, | § § | |
|   Defendants. | § § | |

## AMENDED DOCKET CONTROL ORDER

 The Agreed Joint Motion for Continuance of Trial Setting & Extension of Deadlines (Dkt. 94) is **GRANTED**. This case will be controlled by the following schedule.

## DEADLINES

1. N/A   **MOTIONS TO AMEND THE PLEADINGS**

2. N/A   **MOTIONS TO ADD NEW PARTIES** The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties.

3. November 29, 2024   Identification of plaintiff's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

4. December 30, 2024   Identification of defendant's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

5. January 13, 2025   **COMPLETION OF DISCOVERY** Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

6. N/A   **LIMITS ON DISCOVERY**

7. January 27, 2025   **DISPOSITIVE MOTIONS**

8.  January 29, 2025        **ALL OTHER PRETRIAL MOTIONS**

9.  February 7, 2025        **JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE**
    Plaintiff is responsible for timely filing the <u>complete</u> <u>joint</u> pretrial order. All information is to comply with the disclosure requirements of Fed. R. Civ. P. 26(a)(3). All parties are directed to read the Court's Procedures regarding required trial documents and procedures.

10. February 14, 2025       **DOCKET CALL (at 3:00 P.M.)**
    Other than as set out in the Court's Procedures, no pleading or document filed within seven days of docket call will be considered by the Court. Any pending motions may be ruled on at docket call, the case will be set for trial, and further pretrial orders may be issued.

11. March/April 2025        **<u>JURY TRIAL</u>**
    Case is subject to being called to trial on short notice during this month.

    Estimated Trial Time: 4 days

SIGNED at Houston, Texas on August 2, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE