# HEARING MINUTES

Cause No:       4:22-cv-2420

Style:          *Blanchard v Sanare Energy Partners LLC*

Hearing Type:   Status Conference

**Appearances:**

| Counsel | Representing |
|---|---|
| Roland Thomas Christensen | Laci N. Blanchard |
| Robert R Johnston<br>Caroline Elizabeth Bossier<br>Robert Edward Freehill, Jr | Sanare Energy Partners, LLC |
| David Khoury Smith | All Coast, LLC |
| Henry H LeBas | |
|  | SBS Energy Services, LLC |
| James Arthur Collura, Jr | |
|  | Warrior Energy Services Corporation and Superior Energy Services – North America Services, Inc |
| David A Barfield | |
|  | Hardy Oilfield Services, LLC |
| Carla Lassabe | |
|  | NPC Land & Marine, LLC |

Date:  April 23, 2025                    Court reporter: ERO – Garrett Cole
Time:  10:55 AM – 11:08 AM               Law Clerk:  E. Robins

At the hearing, the following rulings were made as stated on the record:

> A Status Conference was held. (Dkt. 129); (Dkt. 126). The parties were advised that they should continue moving forward with experts while the Motion for Summary Judgment (Dkt. 125) is pending. Plaintiff Blanchard's request for oral argument on the Motion (Dkt. 125) is being considered. The parties were advised that this matter will be set for trial by August or September of 2025.