Case 4:22-cv-02420   Document 136   Filed on 06/30/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 30, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LACI N. BLANCHARD, Individually and as next friend of W.B., Surviving Minor Child of RONNIE P. BLANCHARD, JR. | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 4:22-cv-2420 |
| SANARE ENERGY PARTNERS, LLC, et al., | § § § § | |
| *Defendants*. | § § | |

## ORDER APPOINTING GUARDIAN AD LITEM

On this day, the Court considered the Parties' Agreed Motion to Appoint Guardian Ad Litem in the above entitled and numbered cause. After reviewing the case file, the Court is of the opinion that the motion has merit and should be GRANTED.

IT IS THEREFORE, ORDERED, that the following individual be appointed as Guardian Ad Litem for Plaintiff W.B., the surviving minor child of Ronnie P. Blanchard, Jr., deceased:

> Randi S. Ellis
> Randi S. Ellis, LLC
> 5757 Indian Circle
> Houston, Texas 77057

IT IS FURTHER ORDERD that Defendants Sanare Energy Partners, LLC All Coast, LLC; Warrior Energy Services Corporation D/B/A FASTORQ, LLC; Superior Energy Services-North America Services, Inc.; NPC Land & Marine LLC; and Hardy

Oilfield Services, LLC shall pay a reasonable fee to Randi Ellis for her services as a Guardian Ad Litem in this case.

SIGNED ____June 30_____, 2025.

_George C. Hanks Jr_
United States District Judge