IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LACI N. BLANCHARD, Individually and as Next Friend of W.B., Surviving Minor Child of RONNIE P. BLANCHARD, JR. | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 4:22-cv-2420 |
| SANARE ENERGY PARTNERS, LLC, et al., | § § § § | |
| *Defendants*. | § | |

**ORDER**

This Court, having considered Plaintiff's Motion to Exclude Opinions and Testimony of Dr. Keith Van Meter, all responsive briefing, and the arguments of counsel, if any, is of the opinion that it should be GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiff's Motion to Exclude Opinions and Testimony of Dr. Keith Van Meter is in all things GRANTED.

**SO ORDERED**.

SIGNED on _____, at Houston, Texas.

_____
Hon. George C. Hanks
United States District Judge