# EXHIBIT 3

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

CIVIL ACTION NO. 22-CV-2420

* * * * * * * * * * * * * * * * * * * * * * * * *

LACI N. BLANCHARD, Individually, and as next friend of W.B., surviving minor child of RONNIE P. BLANCHARD, JR.

VERSUS

SANARE ENERGY PARTNERS LLC, et al

* * * * * * * * * * * * * * * * * * * * * * * * *

The Video and Oral deposition of HOUSTON JAMES LONDO, taken in connection with the captioned cause, pursuant to the following stipulations before Debra Smith, Certified Court Reporter, at the offices of ALL COAST, LLC, 151 Southpark, 3rd Floor, Lafayette, Louisiana, on the 11th day of December, 2024, beginning at 10:03 a.m.

```
 1    APPEARANCES:
 2
 3    REPRESENTING LACI N. BLANCHARD, Individually, and as
 4    next friend of W.B., surviving minor child of RONNIE
 5    P. BLANCHARD, JR.:
 6         SAMUEL LONG
 7         ARNOLD & ITKIN LLP
 8         6009 MEMORIAL BOULEVARD,
 9         HOUSTON, TEXAS 77002
10         slong@arnolditkin.com
11
12    REPRESENTING THE DEFENDANT, ALL COAST, LLC:
13         MATTHEW A. MOELLER
14         DAVID K. SMITH
15         THE MOELLER FIRM, LLC
16         650 POYDRAS STREET, SUITE 2516
17         NEW ORLEANS, LOUISIANA 70130
18         matthew@moellerfirm.com
19         david@moellerfirm.com
20
21
22
23
24
25
```

```
 1    REPRESENTING SANARE ENERGY PARTNERS, LLC:
 2         AARON E. KOENCK
 3         HALL MAINES LUGRIN PC
 4         WILLIAMS TOWER, 64TH FLOOR
 5         2800 POST OAK BOULEVARD
 6         HOUSTON, TEXAS 77056
 7         akoenck@hallmaineslugrin.com
 8
 9    REPRESENTING SBS ENERGY SERVICES, LLC:
10         HENRY H. LeBAS
11         LeBAS LAW OFFICES, APLC
12         2 FLAGG PLACE, SUITE 1
13         LAFAYETTE, LOUISIANA 70508
14         hlebas@lebaslaw.com
15
16    REPRESENTING NPC LAND AND MARINE:
17         SHANNON R. RAMIREZ        (ZOOM)
18         GIEGER, LABORDE & LAPEROUSE, LLC
19         5151 SAN FELIPE, SUITE 750
20         HOUSTON, TEXAS 77056
21         sramirez@glllaw.com
22
23
24
25
```

```
 1    REPRESENTING HARDY OILFIELD EQUIPMENT SERVICES, LLC:
 2         DAVID A. BARFIELD         (ZOOM)
 3         MARON MARVEL
 4         1020 HIGHLAND COLONY PARKWAY
 5         SUITE 400
 6         RIDGELAND, MISSISSIPPI 39157
 7         DBarfiled@maronmarvel.com
 8
 9
10    REPRESENTING SUPERIOR ENERGY SERVICES AND WARRIOR
11    ENERGY SERVICE CORPORATION:
12         MR. ROSS A. DARVILLE       (ZOOM)
13         BRADLEY, ARANT BOULT CUMMINGS, LLP
14         JPMorgan CHASE TOWER
15         600 TRAVIS STREET
16         HOUSTON, TEXAS 77002
17         rdarville@bradley.com
18
19
20
21
22
23
24    VIDEOGRAPHER - Issac Bruce
25
```

S T I P U L A T I O N

It is hereby stipulated by and among counsel for plaintiff and counsel for defense that the Video and Oral deposition of

HOUSTON JAMES LONDO

be taken before Debra Smith, Certified Court Reporter, by counsel for the plaintiff for all purposes, pursuant to notice and to the provisions of the appropriate statutes of the Federal Rules of Civil Procedure.

The parties hereto waive all formalities in connection with the taking of said deposition, including the reading and signing thereof, except the swearing of the witness and the reduction of the questions and answers to typewriting.

Counsel for all parties reserve all objections, except as to the form of the question and responsiveness of the answer, until the time of the trial of this matter.

```
 1                             INDEX
 2
 3   EXAMINATION BY MR. LONG.....................8,174
 4   EXAMINATION BY MR. LeBAS..................108,194
 5   EXAMINATION BY MR. KOENCK.....................113
 6   EXAMINATION BY MR. DARVILLE...................173
 7
 8
 9   EXHIBITS:
10   #46    HOUSTON LONDO WRITTEN STATEMENT.........29
11   #47    PHOTOGRAPH..............................52
12   #48    JOB SAFETY ANALYSIS.....................74
13   #49    ALL COAST CRANE MAINTENANCE
14          INSPECTION CHECKLIST...................89
15   #50    ALL COAST REFRESHER COURSE,
16          BATES AC0186, AC0189, AC0190,
17          AC2022................................116
18   #51    SBS STEP-BY-STEP PROCEDURES............155
19   #52    PHOTOGRAPH.............................160
20   #53    PHOTOGRAPH.............................166
21   #54    MASTER SERVICES AGREEMENT..............186
22
23
24   CERTIFICATE PAGE..............................199
25
```

```
 1   Q   -- the investigation, right?
 2   A   Yeah, investigation.  Yeah.
 3   Q   What were they investigating?
 4   A   The platform fell.  Some --
 5   Q   Okay.
 6   A   -- somebody was in the water.
 7   Q   There -- there's someone underneath the water
 8       who hasn't come up --
 9   A   Yes, sir.
10   Q   -- has he?
11   A   Yes, sir.
12   Q   Okay.  You saw that happen, didn't you?
13   A   Yeah, I seen it.  Yeah.
14   Q   Okay.  Did you see the individual fall into the
15       water?
16   A   Yes, sir.
17   Q   Okay.  Well, he was alive when he was on top of
18       that tower, wasn't he?
19   A   Yes, sir.
20   Q   And he never came up, did he?
21   A   No, sir.
22   Q   Did you see him hit his head on anything or do
23       you see him crashing into anything?
24   A   No.  It just happened so fast.
25   Q   Okay.
```

| | | |
|---|---|---|
| 1 | A | Blink of a eye. |
| 2 | Q | But you -- you had full visual contact with Mr. |
| 3 | | Blanchard as the tower fell over and he went |
| 4 | | into the water, didn't you? |
| 5 | A | Yes, sir. |
| 6 | Q | Okay. After that happened, did you see -- did |
| 7 | | you get out of the crane and kinda run over and |
| 8 | | see if you could see anything? |
| 9 | A | I -- I blew the horn, kept blowing the horn. |
| 10 | Q | Okay. |
| 11 | A | Kept blowing the horn and -- and the guy with |
| 12 | | the guy stayed right there. Some of the guys |
| 13 | | threw things, make sure they'd have anything |
| 14 | | that can float in case he pop up. |
| 15 | Q | Okay. Did -- did anyone else or did you ever |
| 16 | | run up to the bow of the boat to see if -- see |
| 17 | | what happened or see if he would pop up? |
| 18 | A | Yeah. Me -- me and the other guys. |
| 19 | Q | Okay. And how long did y'all stand there kinda |
| 20 | | looking to see if he'd come up? |
| 21 | A | We had to stay right there because you can't |
| 22 | | leave your position till somebody probably |
| 23 | | relieve you. |
| 24 | Q | Oh, so you had to stay inside the crane? |
| 25 | A | No. I came down where we was right here -- |

1   Q   Uh-huh, (yes).
2   A   -- and then we just stayed right there and
3       throwing things in the water that could leave a
4       trail in case he pop up with the current.
5   Q   Oh, I see.  Okay.
6   A   Yes, sir.
7   Q   Who was the other guy with you?
8   A   I don't know him by name.  It's just was
9       different hands that was right there.
10  Q   These were other SBS contractors?
11  A   It was different guys.  I -- I was in shock.  I
12      didn't know who was who.
13  Q   Okay.  And so how -- about how long from the
14      time the crane, you know, completely toppled
15      over did it take you to get to the water and be
16      able to see this area?
17          MR. LeBAS:
18              You mean the tower.
19  A   I don't -- I don't recall.
20          MR. LONG:
21              The tower.
22          MR. LeBAS:
23              You said the crane.
24          MR. LONG:
25              Yeah, sorry.

```
1    MR. LONG:
2    Q    No.  I said: how -- how long did it take you to
3         get from the crane up to the bow of the boat?
4         Just a few seconds, right?
5    A    Yeah.
6    Q    Okay.  And so y'all went up to the bow of the
7         boat with these other hands from SBS and other
8         contractors to start looking to see if you
9         could see Mr. Blanchard, true?
10   A    Yes, sir.
11   Q    Okay.  And y'all stood there for --
12   A    I don't -- I don't know.
13   Q    -- several minutes at least --
14   A    Yeah.
15   Q    -- to -- to see if he'd pop up?
16   A    Yeah.
17   Q    Okay.  And did he ever pop up as long as you
18        were standing there?
19   A    No, sir.
20   Q    Okay.  And -- and to be clear, you had eye
21        visual contact, radio contact with Mr.
22        Blanchard before he fell and saw him fall into
23        the water, correct?
24   A    Yes, sir.
25   Q    All right.  Could you see that he was tied off
```

| | | |
|---|---|---|
| 1 | | to the tower? |
| 2 | A | Yeah.  He still was tied off. |
| 3 | Q | Okay.  Did you hear him yell or scream or |
| 4 | | anything?  Could you hear that? |
| 5 | A | No, I couldn't hear nothing in the crane. |
| 6 | Q | Okay.  Were there other folks that were closer |
| 7 | | in eyesight to Mr. Blanchard than yourself when |
| 8 | | he fell over? |
| 9 | A | Guys that was on the deck. |
| 10 | Q | Okay.  Other SBS employees? |
| 11 | A | Different -- different third parties. |
| 12 | Q | Okay.  Guys that he was working with, right? |
| 13 | A | Yes, sir. |
| 14 | Q | All right.  All right.  Mr. Houston, can you |
| 15 | | see this area of the platform that appears to |
| 16 | | be broken in half? |
| 17 | A | Yes, sir. |
| 18 | Q | Okay.  Can you tell from this picture if what |
| 19 | | part of the platform actually was severed and |
| 20 | | tipped and -- and -- and cut -- that caused the |
| 21 | | tower to fall over? |
| 22 | A | Looking at the bottom of the structure? |
| 23 | Q | Right.  And so what you can see here, there -- |
| 24 | | there's some BOP parts, green and red, that SBS |
| 25 | | was installing on this tower, correct? |