# EXHIBIT 4

CONFIDENTIAL

```
 1                UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF TEXAS
 2                      HOUSTON DIVISION
 3    LACI N. BLANCHARD,           *
      INDIVIDUALLY, AND AS NEXT*
 4    FRIEND OF W.B., SURVIVING*
      MINOR CHILD OF RONNIE P. *
 5    BLANCHARD, JR.,              *
                                   *
 6    PLAINTIFF,                   * CIVIL ACTION NO.
                                   * 22-CV-2420
 7    VS.                          *
                                   *
 8    SANARE ENERGY PARTNERS       *
      LLC, ET AL.,                 *
 9                                 *
      DEFENDANTS.                  *
10
11             * * * CONFIDENTIAL * * *
12
13       *****************************************
              ORAL AND VIDEOTAPED DEPOSITION OF
14                 MICHAEL BRENT GRANGER
                        INDIVIDUALLY
15       AND AS DESIGNATED CORPORATE REPRESENTATIVE
                        ON BEHALF OF
16              SANARE ENERGY PARTNERS, LLC
                 PURSUANT TO FRCP 30(b)(6)
17                   JANUARY 28, 2025
         *****************************************
18
19
20          ORAL AND VIDEOTAPED DEPOSITION OF MICHAEL
21   BRENT GRANGER, produced as a witness at the
22   instance of the PLAINTIFF(S), and duly sworn, was
23   taken in the above-styled and numbered cause on
24   JANUARY 28, 2025, from 9:13 A.M. to 5:23 P.M.,
25   before AMY PRIGMORE, CSR, in and for the State of
```

Page 1

CONFIDENTIAL

| | |
|---|---|
| 1 | Texas, reported by stenographic means, at the |
| 2 | offices of Williams Tower Conference Center, |
| 3 | 2800 Post Oak Boulevard, Level 2 — Beacon Boardroom |
| 4 | Houston, Texas, pursuant to the Federal Rules of |
| 5 | Civil Procedure and the provisions stated on the |
| 6 | record or attached hereto. |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Page 2

Veritext Legal Solutions
346-293-7000

CONFIDENTIAL

```
 1                A P P E A R A N C E S
 2
 3    FOR THE PLAINTIFF(S):
            Roland Christensen
 4          Joe Drennan (VIA ZOOM)
            ARNOLD & ITKIN LLP
 5          6009 Memorial Dr
            Houston TX 77007
 6          rchristensen@arnolditkin.com
            888-493-1629
 7
 8    FOR THE DEFENDANT(S), SANARE ENERGY PARTNERS, LLC:
            M. Matt Jett
 9          Caroline Bossier (VIA ZOOM)
            HALL MAINES LUGRIN PC
10          2800 Post Oak Blvd Ste 6400
            Houston TX 77056
11          mjett@hallmaineslugrin.com
            713-871-9000
12
            Robert R. Johnston (VIA ZOOM)
13          PUSATERI JOHNSTON GUILLOT & GREENBAUM, LLC
            1100 Poydras Street Suite 2250
14          New Orleans LA 70163
            robert.johnston@pjgglaw.com
15          504-620-2013
16
17    FOR THE DEFENDANT(S), SBS ENERGY SERVICES:
            Henry H. LeBas (VIA ZOOM)
18          LEBAS LAW OFFICE
            2 Flagg Place, Suite 1
19          Lafayette LA 70503
            hlebas@lebaslaw.com
20          337-236-5500
21
22    FOR THE DEFENDANT(S), HARDY OILFIELD SERVICES:
            David Barfield (VIA ZOOM)
23          MARON MARVEL BRADLEY ANDERSON & TARDY, LLC
            1020 Highland Colony Pkwy Ste 400
24          Ridgeland MS 39157
            DBarfield@maronmarvel.com
25
```

Page 3

CONFIDENTIAL

```
 1    FOR THE DEFENDANT(S), WARRIOR AND SUPERIOR:
          Ross A. Darville
 2        BRADLEY ARANT BOULT CUMMINGS, LLP
          600 Travis St JPMorgan Chase Tower Ste 5600
 3        Houston TX 77002
          rdarville@bradley.com
 4
 5
      FOR THE DEFENDANT(S), ALL COAST:
 6        Matthew Moeller
          THE MOELLER FIRM
 7        650 Poydras St, Ste 1207
          New Orleans LA 70130
 8        matthew@moellerfirm.com
 9
10    FOR THE DEFENDANT(S), NPC LAND & MARINE, LLC:
          Shannon Ramirez (VIA ZOOM)
11        Kimberly A. Fojtik (VIA ZOOM)
          LABORDE SIEGEL LLC
12        5151 San Felipe, Suite 750
          Houston TX 77056
13        sramirez@labordesiegel.com
          kfojtik@labordesiegel.com
14
15
      ALSO PRESENT:
16        Cody Hall, Videographer
          Troy Hirschhorn, Videographer
17        Robert Bray
18
19
20
21
22
23
24
25
```

Page 4

CONFIDENTIAL

```
 1                        INDEX
 2                                                    PAGE
 3        APPEARANCES ..................................   3
          STIPULATIONS .................................   1
 4        SIGNATURE AND CHANGES ........................ 340
          REPORTER'S CERTIFICATE........................ 342
 5
 6                    E X A M I N A T I O N S
 7         MICHAEL BRENT GRANGER                        PAGE
           EXAMINATION                                     7
 8         BY MR. CHRISTENSEN
           EXAMINATION                                   219
 9         BY MR. LEBAS
           EXAMINATION                                   310
10         BY MR. MOELLER
           EXAMINATION                                   316
11         BY MR. DARVILLE
           REEXAMINATION                                 326
12         BY MR. CHRISTENSEN
           EXAMINATION                                   331
13         BY MR. BARFIELD
14
                         E X H I B I T S
15
           EXHIBIT         DESCRIPTION                  PAGE
16         EXHIBIT 81      PHOTOGRAPH                     81
           EXHIBIT 82      PHOTOGRAPH                     81
17         EXHIBIT 83      PHOTOGRAPH                     81
           EXHIBIT 84      SCHEMATIC                      81
18         EXHIBIT 85      PHOTOGRAPH                     81
           EXHIBIT 86      PHOTOGRAPH                     81
19         EXHIBIT 87      PHOTOGRAPH                     81
           EXHIBIT 88      PHOTOGRAPH                     81
20         EXHIBIT 89      SCHEMATIC                      81
           EXHIBIT 90      PHOTOGRAPH                     81
21         EXHIBIT 91      FIGURE 12                      81
           EXHIBIT 92      PHOTOGRAPH                     81
22         EXHIBIT 93      TEXT MESSAGES                 132
           EXHIBIT 94      E-MAIL                        134
23         EXHIBIT 95      HARDY OILFIELD SERVICES       138
                           PROPOSAL, BATES LABEL
24                         SANARE 645
25
                                                    Page 5
```

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 1 | EXHIBIT 96 | HARDY OILFIELD SERVICES PRESENTATION, BEGINNING BATES LABEL SANARE 612 | 147 |
| 2 | EXHIBIT 97 | EXHIBIT A TO THE FOLEY SUBPOENA RESPONSE | 164 |
| 3 | EXHIBIT 98 | EXHIBIT B TO THE FOLEY SUBPOENA RESPONSE | 164 |
| 4 | EXHIBIT 99 | INCIDENT INVESTIGATION, BEGINNING BATES LABEL SANARE 263 | 174 |
| 5 | EXHIBIT 100 | INCIDENT INVESTIGATION PROCEDURE, BEGINNING BATES LABEL SANARE 2330 | 174 |
| 6 | EXHIBIT 101 | E-MAIL, BEGINNING BATES LABEL SANARE 3772 | 176 |
| 7 | EXHIBIT 102 | INCIDENT INVESTIGATION REPORT, BEGINNING BATES LABEL SANARE 2426 | 176 |
| 8 | EXHIBIT 103 | INCIDENT INVESTIGATION REPORT, BEGINNING BATES LABEL SANARE 2421 | 177 |
| 9 | EXHIBIT 104 | EXCEL CHART INVESTIGATION FORM | 177 |
| 10 | EXHIBIT 105 | EXCEL CHART INVESTIGATION FORM | 177 |
| 11 | EXHIBIT 106 | EXCEL CHART INVESTIGATION FORM | 177 |
| 12 | EXHIBIT 107 | INVESTIGATIVE DOCUMENTS, BEGINNING SANARE BATES NUMBER 4806 | 177 |
| 13 | EXHIBIT 108 | LEVEL 1 INSPECTION REPORT. BEGINNING BATES LABEL SANARE 403 | 203 |
| 14 | EXHIBIT 109 | PHOTOGRAPH | 303 |

CONFIDENTIAL

```
 1      Q.  And did you see that from the crew, as well,
 2   that when you interviewed them, that they were
 3   hoping he would be able to get himself disconnected
 4   and make it to the surface?
 5      A.  That's -- everyone on the -- everyone that
 6   was on the crew and that was involved in the
 7   project felt that way.
 8      Q.  Right.  So every single person who had
 9   witnessed this topple over were hoping and praying
10   that Ronnie would be able to get himself
11   disconnected and be able to swim back up, right?
12      A.  Yes, sir.
13      Q.  And no one you talked to at all had said
14   that Ronnie, you know, had been killed or crushed
15   or anything like that before he went in the water.
16   You didn't hear any evidence of that, correct?
17      A.  No, sir.
18      Q.  All right.  The evidence was all, he went in
19   the water alive, and they were hoping he could make
20   it out?
21      A.  Yes, sir.
22      Q.  Okay.  And unfortunately, that -- he wasn't
23   able to get it disconnected, correct?
24      A.  That's correct.
25      Q.  From your investigation, from Sanare's side,
```

Page 130

CONFIDENTIAL

| | |
|---|---|
| 1 | unit crew member attached to the top of the jack |
| 2 | assembly by a safety harness and lanyard. |
| 3 |     Do you see that? |
| 4 | A.  Yes, sir. |
| 5 | Q.  And it looks like that's the -- kind of that |
| 6 | window that we talked about that some people said |
| 7 | it started tipping as fast as 30 seconds up to 2 |
| 8 | minutes.  And that's noted right there, correct? |
| 9 | A.  Yes, sir. |
| 10 | Q.  Now, here, on the next paragraph, it says: |
| 11 | Crew members on the Swordfish rang the general |
| 12 | alarm to muster all personnel to aid in looking for |
| 13 | the crew member that was on the hydraulic workover |
| 14 | unit assembly to retrieve him from the Gulf of |
| 15 | Mexico in the event he was able to disconnect his |
| 16 | lanyard and swim to the surface. |
| 17 |     Do you see that? |
| 18 | A.  Yes, sir. |
| 19 | ==Q.  And this is the part that it sounds like== |
| 20 | ==from all the witness statements, witnesses saw== |
| 21 | ==Mr. Blanchard fall into the water while he was== |
| 22 | ==still connected to the hydraulic workover unit.== |
| 23 | ==Is that correct?== |
| 24 | ==A.  Yes, sir.== |
| 25 | ==Q.  And so, it wasn't that the witnesses were== |

Page 185

CONFIDENTIAL

```
 1      concerned that he had already passed away.  Their
 2      hope was he's down there, pinned in the water, and
 3      hopefully he can disconnect himself and get out,
 4      correct?
 5           A.   Yes, sir.
 6           Q.   Okay.  Down here, where it says:  Sanare
 7      management was notified of the incident
 8      approximately 840 hours.
 9                And this is where you were talking about
10      your involvement with me, that Brent Granger
11      contacted Mr. Anthony Pizza with BSEE New Orleans
12      District at 915.
13                Do you see that?
14           A.   Yes, sir.
15           Q.   So is that -- after you found out about it
16      shortly after, then you then call the BSEE
17      representative to let them know.
18           A.   Yes, sir.
19           Q.   And in those initial calls, I -- I assume at
20      that point, you still don't know a whole lot of
21      what's happened, right?
22           A.   No, sir, I do not.
23           Q.   Okay.  It reads down here:  The hydraulic
24      workover unit crew member that was on the unit at
25      the time the unit fell over never surfaced.  Sanare
```