# EXHIBIT 5

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF TEXAS
 3                     HOUSTON DIVISION
 4
 5
 6            CIVIL ACTION NO. 22-CV-2420
 7   * * * * * * * * * * * * * * * * * * * * * * * *
 8   LACI N. BLANCHARD, Individually, and as next friend
 9   of W.B., surviving minor child of RONNIE P.
10   BLANCHARD, JR.
11   VERSUS
12   SANARE ENERGY PARTNERS LLC, et al
13   * * * * * * * * * * * * * * * * * * * * * * * *
14        The Video and Oral deposition of CAPTAIN KIM
15   HART LIBERSAT, taken in connection with the
16   captioned cause, pursuant to the following
17   stipulations before Debra Smith, Certified Court
18   Reporter, at the offices of ALL COAST, LLC, 151
19   Southpark, 3rd Floor, Lafayette, Louisiana, on the
20   10th day of December, 2024, beginning at 10:44 a.m.
21
22
23
24
25
                                                   Page 1
```

```
 1   APPEARANCES:
 2
 3   REPRESENTING LACI N. BLANCHARD, Individually, and as
 4   next friend of W.B., surviving minor child of RONNIE
 5   P. BLANCHARD, JR.:
 6        SAMUEL LONG
 7        ARNOLD & ITKIN LLP
 8        6009 MEMORIAL BOULEVARD,
 9        HOUSTON, TEXAS 77002
10        slong@arnolditkin.com
11
12   REPRESENTING THE DEFENDANT, ALL COAST, LLC:
13        MATTHEW A. MOELLER
14        DAVID K. SMITH
15        THE MOELLER FIRM, LLC
16        650 POYDRAS STREET, SUITE 2516
17        NEW ORLEANS, LOUISIANA 70130
18        matthew@moellerfirm.com
19        david@moellerfirm.com
20
21
22
23
24
25
```

```
 1   REPRESENTING SANARE ENERGY PARTNERS, LLC:
 2        AARON E. KOENCK
 3        HALL MAINES LUGRIN
 4        WILLIAMS TOWER, 64TH FLOOR
 5        2800 POST OAK BOULEVARD
 6        HOUSTON, TEXAS 77056
 7        akoenck@hallmaineslugrin.com
 8
 9   REPRESENTING SBS ENERGY SERVICES, LLC:
10        HENRY H. LeBAS
11        LeBAS LAW OFFICES, APLC
12        2 FLAGG PLACE, SUITE 1
13        LAFAYETTE, LOUISIANA 70508
14        hlebas@lebaslaw.com
15
16   REPRESENTING NPC ENERGY:
17        SHANNON R. RAMIREZ        (ZOOM)
18        GIEGER, LABORDE & LAPEROUSE, LLC
19        5151 SAN FELIPE, SUITE 750
20        HOUSTON, TEXAS 77056
21        sramirez@glllaw.com
22
23
24
25
```

Page 3

```
 1   REPRESENTING HARDY OILFIELD EQUIPMENT SERVICES, LLC:
 2        DAVID A. BARFIELD            (ZOOM)
 3        MARON MARVEL
 4        1020 Highland Colony Parkway, Suite 400
 5        Ridgeland MS 39157
 6        DBarfield@maronmarvel.com
 7
 8   REPRESENTING WARRIOR ENERGY SERVICE CORPORATION:
 9        MR. ROSS A. DARVILLE         (ZOOM)
10        BRADLEY
11        JPMorgan CHASE TOWER
12        600 TRAVIS STREET
13        HOUSTON, TEXAS 77002
14        rdarville@bradley.com
15
16
17
18
19
20
21
22   VIDEOGRAPHER - ISSAC BRUCE
23
24
25
```

Page 4

```
 1                S T I P U L A T I O N
 2        It is hereby stipulated by and among counsel
 3   for plaintiff and counsel for defense that the
 4   Video and Oral deposition of
 5              CAPTAIN KIM HART LIBERSAT
 6   be taken before Debra Smith, Certified Court
 7   Reporter, by counsel for the plaintiff for all
 8   purposes, pursuant to notice and to the provisions
 9   of the appropriate statutes of the Federal Rules of
10   Civil Procedure.
11        The parties hereto waive all formalities in
12   connection with the taking of said deposition,
13   including the reading and signing thereof, except
14   the swearing of the witness and the reduction of the
15   questions and answers to typewriting.
16        Counsel for all parties reserve all objections,
17   except as to the form of the question and
18   responsiveness of the answer, until the time of the
19   trial of this matter.
20
21
22
23
24
25
```

```
 1                        INDEX
 2
 3   EXAMINATION BY MR. LONG.....................9,251
 4   EXAMINATION BY MR. KOENCK................137,267
 5   EXAMINATION BY MR. LeBAS.................240,271
 6   EXAMINATION BY MR. DARVILLE..................250
 7
 8   EXHIBITS:
 9   Exhibit #14   (This exhibit was skipped)
10   Exhibit #15   SWORDFISH LIFTBOAT PHOTOGRAPH........27
11   Exhibit #16   ALL COAST SPECIFICATION SHEET........28
12   Exhibit #17   DAILY VESSEL LOG.....................39
13   Exhibit #18   JOB SAFETY ANALYSIS, BATES
14                 SANARE 003872.......................58
15   Exhibit #19   BSEE REPORT LOCATION MAP, FIGURE 1,
16                 MAIN PASS 64, WELL 19...............65
17   Exhibit #20   (This exhibit was skipped)
18   Exhibit #21   (This exhibit was skipped)
19   Exhibit #22    HSE MANUAL..........................97
20   Exhibit #23   INCIDENT DESCRIPTION.................87
21   Exhibit #24   WRITTEN STATEMENT....................87
22   Exhibit #25   (This exhibit was skipped)
23   Exhibit #26   VIDEO (Attorney kept exhibit........107
24   Exhibit #27   (This exhibit was skipped)
25   Exhibit #28   SANARE PERSONS ON BOARD, 004792.....130
```

Page 6

1    Exhibit #29   CAPTAIN LIBERSAT QUALIFICATIONS
2                  AND CERTIFICATES, BATES NOS.
3                  AC0176, ACAC0177, AC0178,
4                  AC0179, AC0180 AND AC0181...........140
5    Exhibit #30   LIFTBOAT BLANKET TIME CHARTER
6                  AGREEMENT............................155
7    Exhibit #31   MAIN PASS 64, WELL 19 PHOTOGRAPH....171
8    Exhibit #32   ARRIVAL AND DEPARTURE LOG...........185
9    Exhibit #33   ALL COAST DAILY REPORT..............187
10   Exhibit #34   CLIENT DATA.........................196
11   Exhibit #35   JOB SAFETY ANALYSIS FORM............200
12   Exhibit #36   HOUSTON LONDO WRITTEN STATEMENT.....204
13   Exhibit #37   LAVAR SAM WRITTEN STATEMENT.........207
14   Exhibit #38   ALL COAST VESSEL QUOTATION..........214
15   Exhibit #39   JOB ORDER...........................217
16   Exhibit #40   PHOTOGRAPH..........................220
17   Exhibit #41   EMAIL, PHOTOGRAPHS..................224
18   Exhibit #42   PHOTOGRAPHS.........................228
19   Exhibit #43   SCHEMATIC...........................229
20   Exhibit #44   PHOTOGRAPH..........................232
21   Exhibit #45   EMAIL, PHOTOGRAPHS..................233
22
23
24   CERTIFICATE PAGE................................276
25

```
 1    A     Can I see the statement?
 2    MR. LONG:
 3    Q     Yeah.  I can show you the statement.  I just --
 4          I want to know what you know first and then
 5          I'll show you what's in the statement.  But --
 6          but just generally, what -- what do you recall
 7          happened?
 8    A     I was -- I was in my room doing paperwork and
 9          then somebody hollered.  We -- we all have VHF
10          radios, that's how we communicate between the
11          crane operator, the contractors.  And somebody
12          said on the VHF radio that they had a accident.
13    Q     Okay.  Did you see the tower fall into the
14          water?
15    A     No.
16    Q     Okay.  But at some point you -- the first
17          awareness you were made of the incident was
18          through the loudspeaker or somebody shouting it
19          to you or did someone call you?
20    A     VHF radio, yes.
21    Q     Okay.  And what did you do when you heard it on
22          the radio?
23    A     I left my room and I went to the wheelhouse.
24    Q     Okay.  And at that -- at that time when you're
25          in the wheelhouse could you see the rig-up
```

Page 73