# EXHIBIT 6

```
 1                UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF TEXAS
 2                       HOUSTON DIVISION
 3       LACI N. BLANCHARD,
         Individually, and as
 4       next friend of W.B.,
         surviving minor child of
 5       RONNIE P. BLANCHARD,
         JR.,
 6               Plaintiff,          Civil Action No.
                                         22-CV-2420
 7       vs.
 8       SANARE ENERGY PARTNERS
         LLC, et al.,
 9               Defendants.
10
11          REMOTE ORAL AND VIDEOTAPED DEPOSITION OF
12                       LANCE RODRIGUE
13                       July 18, 2025
14                         11:01 a.m.
15
16            ORAL AND VIDEOTAPED DEPOSITION of LANCE
17       RODRIGUE, produced as a witness at the instance of
18       the Plaintiff, and duly sworn, was taken in the
19       above-styled and numbered cause on July 14, 2025,
20       from 11:01 a.m. to 12:56 p.m., before LaRita J.
21       Cormier, CSR, in and for the Federal Rules of Civil
22       Procedure, reported by machine shorthand, taken by
23       REMOTE VIDEO CONFERENCE, pursuant to the Federal
24       Rules of Civil Procedure and the provisions stated
25       on the record or attached hereto.

                                                      Page 1
```

```
 1      APPEARANCES OF COUNSEL:
 2      On behalf of the Plaintiff:
 3              ALEC PARADOWSKI, ESQUIRE
 4              Arnold & Itkin LLP
 5              6009 Memorial Drive
 6              Houston, Texas  77007
 7              Aparadowski@arnolditkin.com
 8
 9
10      On behalf of Defendant SBS Energy Services:
11              HENRY LeBAS, ESQUIRE
12              LeBas Law Offices
13              2 Flagg Place
14              Suite 1
15              Lafayette, Louisiana  70508
16              Hlebas@lebaslaw.com
17
18
19      Also present:
20              Audrey Bowen, Legal Video Specialist
21
22
23
24
25
```

Page 2

```
 1                    INDEX OF EXHIBITS
 2       Exhibit No.      Description                       Page
 3         Exhibit 184   All Coast Daily Liftboat Logs        24
 4                       AC502-518
 5         Exhibit 185   SBS invoices to Sanare               26
 6         Exhibit 186   Blanchard pay stubs, SBS00195-       30
 7                       199
 8         Exhibit 187   Blanchard Timesheet, March 21-       33
 9                       27, 2022, SBS00207
10       Exhibit No.    Previously marked, referred to     Page
11         Exhibit 94    E-mail Bray to Sanare                62
12                       forwarding Anchor Spool Quote,
13                       Presentation
14         Exhibit 96    Hardy anchor spool presentation      62
15         Exhibit 121   Matthew Gaudet Statement             53
16         Exhibit 148   E-mail Brereton to Bray              59
17
18             I N D E X  O F  E X A M I N A T I O N
19                                                         Page
20     Examination by Mr. Paradowski.....................04
21     Examination by Mr. Eaves..........................70
22     Further Examination by Mr. Paradowski.............82
23     Further Examination by Mr. Eaves..................83
24     Further Examination by Mr. Paradowski.............86
25
```

Page 3

Veritext Legal Solutions
346-293-7000

1   sad face is -- is just thinking about this incident
2   brings up those emotions that you experienced on
3   March 25th, 2022; right?
4          A.   Yes, sir.
5          Q.   And I would imagine some of the emotions
6   that you experienced on that day -- first off, did
7   you actually see the hydraulic workover unit fall
8   into the water?
9          A.   No, sir.
10         Q.   And I would imagine one of the emotions --
11              THE REPORTER:  I'm sorry, was that a yes?
12              THE WITNESS:  No, ma'am, I did not see it
13   fall over.
14              THE REPORTER:  Okay.
15  BY MR. PARADOWSKI:
16         Q.   Got it.  Well, let's put that -- we'll put
17   what you saw and where you were at the time that
18   this happened aside for a second.  I would imagine,
19   though, that when you learned that the hydraulic
20   workover unit tipped over and that Mr. Blanchard was
21   still attached to it, one of the emotions that you
22   experienced first was shock.  Right?
23         A.   Uh-huh, I would imagine.
24         Q.   And don't want you to guess.  And you tell
25   me if I get any of this stuff wrong, Mr. Rodrigue;