# EXHIBIT 7

1            IN THE UNITED STATES DISTRICT COURT

             FOR THE SOUTHERN DISTRICT OF TEXAS

2                  HOUSTON DIVISION

3   LACI N. BLANCHARD,     )

    Individually, and as next )

4   friend of W.B., surviving )

    minor child of RONNIE P.  )

5   BLANCHARD, JR.,        )

    Plaintiffs,        )

6                     )

    vs.                 ) Civil Action No. 22-CV-2420

7                     )

    SANARE ENERGY PARTNERS,   )

8   LLC,                )

    Defendant.         )

9

10

11        REMOTE ORAL VIDEOTAPED DEPOSITION OF

12             PERCY LORMAND III

13             December 3, 2024

14

15     REMOTE ORAL VIDEOTAPED DEPOSITION OF PERCY

16  LORMAND III, produced as a witness at the instance of

17  the Plaintiffs and duly sworn, was taken in the

18  above-styled and numbered cause on the 3rd day of

19  December, 2024, from 10:04 a.m. to 3:11 p.m., before

20  Vickie G. Hildebrandt, Certified Shorthand Reporter

21  in and for the State of Texas, reported by

22  computerized stenotype machine with the witness

23  located in Lafayette, Louisiana, pursuant to the

24  Federal Rules of Civil Procedure and the provisions

25  stated on the record or attached hereto.

                                       Page 1

```
 1                    APPEARANCES
 2
 3    FOR PLAINTIFFS:
 4        Alec Paradowski, Esq.
          Jim Long, Esq.
 5        ARNOLD & ITKIN LLP
          6009 Memorial Drive
 6        Houston, Texas  77007
          Telephone: 713.222.3800
 7        E-mail: aparadowski@arnolditkin.com
                   jlong@arnolditkin.com
 8
 9    FOR DEFENDANT NPC LAND & MARINE, LLC:
10        Shannon R. Ramirez, Esq.
          GIEGER, LABORDE & LAPEROUSE, L.L.C.
11        5151 San Felipe, Suite 750
          Houston, Texas  77056
12        Telephone: 832.255.6000
          E-mail: sramirez@glllaw.com
13
14    FOR DEFENDANT ALL COAST, LLC:
15        Matthew Moeller, Esq.
          THE MOELLER FIRM
16        650 Poydras Street, Suite 1207
          New Orleans, Louisiana  70130
17        Telephone: 504.702.6794
          E-mail: matthew@moellerfirm.com
18
19
      FOR DEFENDANTS WARRIOR ENERGY CORPORATION D/B/A
20    FASTORQ AND SUPERIOR ENERGY SERVICES - NORTH AMERICA
      SERVICES, INC.:
21
22        Leah M. Homan, Esq.
          BRADLEY ARANT BOULT CUMMINGS, LLP
23        600 Travis, Suite 5600
          Houston, Texas  77002
24        Telephone: 713.576.0300
          E-mail: lhoman@bradley.com
25
```

                                              Page 2

```
 1    FOR DEFENDANT SANARE ENERGY PARTNERS, LLC:
 2         Robert E. Freehill, Esq.
            Caroline E. Bossier, Esq.
 3         HALL MAINES LUGRIN PC
            2800 Post Oak Boulevard, Suite 6400
 4         Houston, Texas  77056
            Telephone: 713.586.4294
 5         E-mail: rfreehill@hallmaineslugrin.com
                    cbossier@hallmaineslugrin.com
 6
 7
 8    FOR DEFENDANT SBS ENERGY SERVICES:
 9         Henry LeBas, Esq.
            LEBAS LAW OFFICES
10         2 Flagg Place, Suite 1
            Lafayette, Louisiana  70503
11         Telephone: 337.236.5500
            E-mail: hlebas@lebaslaw.com
12
13
14    FOR DEFENDANT HARDY OILFIELD SERVICES, LLC:
15         Roger H. Nebel, Esq.
            MARON MARVEL BRADLEY ANDERSON & TARDY, LLC
16         1235 N. Loop West, Suite 1106
            Houston, Texas  77008
17         Telephone: 713.659.0002
            E-mail: rnebel@maronmarvel.com
18
19
20    ALSO PRESENT:
21         Audrey Brown, Videographer
            Bobby Bray
22         Taylor Fox
23
24
25
```

Page  3

```
 1
 2                        INDEX
 3                                              PAGE
 4   PERCY LORMAND III
 5   Examination by Mr. Paradowski .....................7
     Examination by Mr. Freehill .....................107
 6   Examination by Mr. Moeller ......................131
     Examination by Mr. LeBas ........................145
 7   Examination by Ms. Homan ........................159
     Further Examination by Mr. Freehill ............170
 8   Examination by Mr. Long .........................173
 9
10                       EXHIBITS
11
12   EXHIBIT            DESCRIPTION                PAGE
13   Exhibit 1    Photographs                       58
14   Exhibit 2    SANARE_004594 – POB List          77
15   Exhibit 3    SANARE_0004596-004597 – Sanare    81
                  Energy Partners JSA dated March
16                25, 2022
17   Exhibit 4    Sanare MP 64 BOP Stack R2 File    89
18   Exhibit 5    NPC 205-207 – NPC Land &         109
                  Marine, LLC Independent
19                Contractor Agreement
20   Exhibit 6    Sanare Energy Partners SEMS      113
                  Manual
21
     Exhibit 7    JSA                              128
22
     Exhibit 8    All Coast, LLC Offshore HSE      132
23                Orientation Topics
24   Exhibit 9    AC 0211 – Daily Safe Operation   133
                  Plan
25
```

                                        Page  4

Veritext Legal Solutions
346-293-7000

1

Exhibit 9A      AC 0586-0596 - All Coast JSA      135

2                          dated March 25, 2022

3    Exhibit 10      Photograph                          160

4    Exhibit 11      Flange Torque Report                162

5    Exhibit 12      Change-out Tubing Procedure         173

6    Exhibit 13      Statement                           174

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1    for is you're just making sure that the work is being
2    performed safely, right, sir?
3         A.   Yes.
4         Q.   And so you're kind of floating back and forth
5    between knocking things out in the office and going out
6    and doing these rounds that we're talking about?
7         A.   Yes.
8         Q.   Do you remember, sir, roughly how long happened
9    between -- or how long passed -- how much time passed
10   between the work starting the morning of March 25th,
11   2022 and the hydraulic workover unit falling into the
12   water?
13        A.   I mean, we started the tour at 6:00 and the
14   incident happened at 8:33, so...
15        Q.   And you mentioned that you were in your office
16   when the HWO actually fell over, right?
17        A.   Yes.
18        Q.   Tell me what -- and you actually saw the HWO
19   fall into the water?
20        A.   I saw it falling towards the lift boat and
21   once -- once it went -- and it ended up going off my
22   sight because the lift boat is, like, 35, 40 feet
23   above -- higher than that.  I'd have to get the
24   elevation, you know.  It's -- it -- it disappeared
25   from my view after a point when it got past the hull
```

                                                    Page 74

1    of the lift boat.

2        Q.    Good point.

3              So you didn't actually see it hit the

4    water --

5        A.    No.

6        Q.    -- you just saw it falling?

7        A.    Right, and heard -- and heard it -- a bang

8    hit.  You know, it was just a loud bang and when --

9    part of it hit the hull of the lift boat.

10       Q.    Understood.

11             So part of the HWO hit the hull of the

12   lift boat?

13       A.    Looking at where it laid, it was the Hardy

14   System.

15       Q.    The Hardy System hit the --

16       A.    -- one of the --

17       Q.    -- lift boat?

18       A.    -- one of the -- one of the beams -- one of

19   the four.

20             You can look at the picture and you

21   could figure -- you know, you could tell the

22   trajectory of where it was and where it landed, you

23   know, in the -- what it looks like to me, as far as

24   from the pictures, the HWO did not hit the -- hit the

25   lift boat.

1     Q.   Yeah, and --

2                MR. NEBEL:   Object, nonresponsive.

3     A.   That's just -- that's just -- that's just

4     looking at the after pictures, you know.

5     Q.   Right, and -- and, look, I'm not trying to hold

6     you to any of this and -- and get you to say, look, the

7     God's honest truth is this hit this or this hit that.

8     A.   Yeah, I -- like I said, I saw it start

9     toppling over and then it disappeared from my view.

10    Q.   Understood.

11              And so what I kind of want to

12    understand, Mr. Lormand, is when you're sitting in

13    the office, did you hear something that alerted you

14    to there was a problem or did you just happen to look

15    out the window as the HWO was starting to tip over?

16    A.   Just happened to look out the window.

17    Q.   And we'll look at the POB list here in -- here

18    in a bit but there's something like 15 or 20 people at

19    least on this crew, right?

20    A.   I'd have to look at the list but, yeah, I

21    think -- I mean, we had -- I don't remember what the

22    total POB was at that time.

23    Q.   And -- I'm sorry, go ahead.

24    A.   Let's see.

25    Q.   Are you looking at the POB list?

Page 76