# EXHIBIT 8

```
 1                UNITED STATES DISTRICT COURT
 2                 SOUTHERN DISTRICT OF TEXAS
 3                      HOUSTON DIVISION
 4
 5   LACI N. BLANCHARD,              *
     INDIVIDUALLY, AND AS NEXT
 6   FRIEND OF W.B., SURVIVING       *
     MINOR CHILD OF RONNIE P.
 7   BLANCHARD, JR.                  *
 8   VERSUS                          *   CIVIL ACTION NO.:
                                         22-CV-2420
 9   SANARE ENERGY PARTNERS,         *
     LLC, ET AL
10   * * * * * * * * * * * * * * * * * * * * * * * *
11
              The videotaped and Zoom deposition of
12
        KELVIN BRERETON, taken in connection with the
13
        captioned cause, pursuant to the following
14
        stipulations before Kim Taylor, Certified Court
15
        Reporter, at the Lebas Law Offices, APLC, 2
16
        Flagg Place, Suite 1, Lafayette, Louisiana, on
17
        the 12th day of March 2025, beginning at 10:10
18
        a.m.
19
20
21
22
23
24
25
                                              Page 1
```

```
 1    APPEARANCES:
 2
 3
      FOR THE PLAINTIFFS, LACI N. BLANCHARD, INDIVIDUALLY,
 4    AND AS NEXT FRIEND OF W.B., SURVIVING MINOR CHILD OF
      RONNIE P. BLANCHARD, JR.:
 5
           ALEX PARADOWSKI
 6         ARNOLD & ITKIN, LLP
           6009 Memorial Drive
 7         Houston, Texas 77002
           (713) 222-3800
 8         aparadowski@arnolditkin.com
 9         JOSEPH DRENNAN (VIA ZOOM)
           ATTORNEY AT LAW
10         218 North Lee Street, 3rd Floor
           Alexandria, Virginia 22314
11         (703) 519-3773
12    FOR THE DEFENDANT, SBS ENERGY SERVICES, LLC:
13         HENRY LEBAS
           LEBAS LAW OFFICES, APLC
14         1 Flagg Place, Suite 1
           Lafayette, Louisiana 70508
15         (337) 236-5500
           hlebas@lebaslaw.com
16
      FOR THE DEFENDANT, SANARE ENERGY PARTNERS, LLC:
17
           ROBERT E. FREEHILL
18         CAROLINE E. BOSSIER
           HALL MAINES LUGRIN, PL
19         2800 Post Oak Boulevard
           Houston, Texas 77056
20         (713) 586-4286
           rfreehill@hallmaineslugrin.com
21
      FOR THE DEFENDANT, ALL COAST, LLC:
22
           KASSIE LEE RICHBOURG  (VIA ZOOM)
23         THE MOELLER FIRM
           650 Poydras Street, Suite 2516
24         New Orleans, Louisiana 70130
           (504) 313-1328
25         kassie@moellerfirm.com
```

Page 2

```
 1   FOR THE DEFENDANT, HARDY OILFIELD SERVICES:
 2        DAVID BARFIELD
          MARON MARVEL
 3        1020 Highland Colony Parkway, Suite 400
          Ridgeland, Mississippi 39157
 4        (601) 960-3104
          barfield@maronmarvel.com
 5
     FOR THE DEFENDANT, WARRIOR ENERGY CORPORATION,
 6   FASTORQ, LLC, AND SUPERIOR SERVICES-NORTH AMERICA
     SERVICES, INC.:
 7
          JAMES COLLURA (VIA ZOOM)
 8        BRADLEY ARANT BOULT CUMMINGS, LLP
          JP Morgan Chase Tower
 9        600 Travis Street, Suite 5600
          Houston, Texas 77002
10        (713) 576-0300
          jcollura@bradley.com
11
     FOR THE DEFENDANT, NPC Land and Marine:
12
          DAMARIS FLORES   (VIA ZOOM)
13        LABORDE SIEGEL
          701 Poydras Street, Suite 4800
14        New Orleans, Louisiana 70139
          (504) 561-0400
15
16   ALSO PRESENT:
17        XAVIER BOYD, VIDEOGRAPHER
18        MARK HARDY, HARDY OILFIELD SERVICES
19
20
21
22
23
24
25
                                                 Page 3
```

```
 1                      S T I P U L A T I O N
 2         It is hereby stipulated by and among counsel
 3    for plaintiff and counsel for defense that the video
 4    deposition of
 5                      KELVIN BRERETON,
 6    be taken before Kim Taylor, Certified Court
 7    reporter, by counsel for the plaintiffs for the
 8    purposes of discovery, evidence, and/or use at
 9    trial, or for such other purposes as permitted under
10    the applicable and governing rules, pursuant to
11    notice and to the provisions of the appropriate
12    statutes of the Code of Civil Procedure of the State
13    of Texas.
14          The parties hereto waive all formalities in
15    connection with the taking of said deposition,
16    including the reading and signing thereof, except
17    the swearing of the witness and the reduction of the
18    questions and answers to typewriting.
19          Per Article 199 and 199.2(5) of the Texas Code
20    of Civil Procedure, counsel for all parties reserve
21    all objections until trial or other use of the
22    deposition.
23                          *   *   *
24
25
                                                      Page 4
```

| | |
|---|---|
| 1 | INDEX |
| 2 | |
| 3 | EXAMINATION BY MR. PARADOWSKI. . . . . . . . . . . . .10 |
| 4 | EXAMINATION BY MR. FREEHILL. . . . . . . . . . . . 119 |
| 5 | EXAMINATION BY MR. BARFIELD. . . . . . . . . . . . 220 |
| 6 | EXAMINATION BY MS. RICHBOURG . . . . . . . . . . . 234 |
| 7 | EXAMINATION BY MR. COLLURA . . . . . . . . . . . . 248 |
| 8 | EXAMINATION BY MR. LEBAS . . . . . . . . . . . . . 257 |
| 9 | RE-EXAMINATION BY MR. PARADOWSKI . . . . . .251, 277 |
| 10 | RE-EXAMINATION BY MR. BARFIELD . . . . . . . . . . 256 |
| 11 | RE-EXAMINATION BY MR. FREEHILL . . . . . . . . . . 279 |
| 12 | RE-EXAMINATION BY MR. LEBAS. . . . . . . . . . . . 284 |
| 13 | |
| 14 | OBJECTIONS: |
| 15 | BY MR. PARADOWSKI. . . . . . . . . . . . . . . 56, 113 |
| 16 | BY MR. FREEHILL. . . . 69, 218, 223, 231, 232, |
| 17 | 249, 257, 258, 261, 262, 263, 264, 266, 267, 268, |
| 18 | 270, 271, 272, 273, 274, 275, 277, 284, |
| 19 | BY MR. LEBAS . . . . . . 78, 145, 153, 174, 175, |
| 20 | 179, 191, 208, 216, 217, 280 |
| 21 | EXHIBITS: |
| 22 | EXHIBIT 127    Bates #SBS4606-Email . . . . . . . 107 |
| 23 | EXHIBIT 128    Photograph . . . . . . . . . . . . 123 |
| 24 | EXHIBIT 129    Bates SBS00990 . . . . . . . . . . 125 |
| 25 | EXHIBIT 130    Bates SBS1003-1004 . . . . . . . . 127 |

|    |              |                                      |     |
|----|--------------|--------------------------------------|-----|
| 1  | EXHIBIT 131  | Bates SBS2287-2327 . . . . . . . . . | 131 |
| 2  | EXHIBIT 132  | Bates SBS544-549 . . . . . . . . . . | 134 |
| 3  | EXHIBIT 133  | Bates SBS800-817 . . . . . . . . . . | 137 |
| 4  | EXHIBIT 134  | Bates SBS843-846 . . . . . . . . . . | 139 |
| 5  | EXHIBIT 135  | Bates SBS1615-1623 . . . . . . . . . | 139 |
| 6  | EXHIBIT 136  | Bates SBS529-536 . . . . . . . . . . | 144 |
| 7  | EXHIBIT 137  | Bates SBS1485-1492 . . . . . . . . . | 144 |
| 8  | EXHIBIT 138  | Bates SBS788-794 . . . . . . . . . . | 145 |
| 9  | EXHIBIT 139  | Email. . . . . . . . . . . . . . . . | 156 |
| 10 | EXHIBIT 140  | 3/24/22 Email. . . . . . . . . . . . | 162 |
| 11 | EXHIBIT 141  | Bastes SBS3013 . . . . . . . . . . . | 173 |
| 12 | EXHIBIT 142  | . . . . . . . . . . . . . . . . . . | 177 |
| 13 | EXHIBIT 143  | Exhibits 94, 95, 96. . . . . . . . . | 181 |
| 14 | EXHIBIT 144  | Descriptions of Well . . . . . . . . | 182 |
| 15 | EXHIBIT 145  | Photographs. . . . . . . . . . . . . | 192 |
| 16 | EXHIBIT 146  | Photograph . . . . . . . . . . . . . | 195 |
| 17 | EXHIBIT 147  | Sanare 2407. . . . . . . . . . . . . | 197 |
| 18 | EXHIBIT 148  | Email. . . . . . . . . . . . . . . . | 213 |
| 19 | EXHIBIT 149  | Bates SBS4427. . . . . . . . . . . . | 214 |
| 20 | EXHIBIT 150  | Photographs. . . . . . . . . . . . . | 224 |
| 21 | EXHIBIT 151  | HOS 177-180. . . . . . . . . . . . . | 224 |
| 22 | EXHIBIT 152  | Bates SBS5332-5343 . . . . . . . . . | 226 |
| 23 | EXHIBIT 153  | Daily Safe Operations Bates 0211 .   | 235 |
| 24 | EXHIBIT 154  | Bates 0160 . . . . . . . . . . . . . | 236 |
| 25 |              |                                      |     |

```
 1   A    I was the one that saw when the unit went over
 2        and hit the front of the beam.  Two guys was
 3        indoor house, getting shackles for the work
 4        basket.  The other guy, he was behind the
 5        basket itself, so which why that guy was
 6        standing right there in the walkway, I had just
 7        walked off from that walkway.
 8   Q    I got it.
 9   A    And I was right behind this leg here talking to
10        Bobby.
11   Q    I see.  So there were no SBS crew members or
12        anybody else that was in a position to be able
13        to actually see the moment that the hydraulic
14        work-over unit went into the water?
15   A    No.
16   Q    And so if nobody saw the hydraulic work-over
17        unit go into the water, no one that was
18        physically present on the lift boat for this
19        project is going to be able to say whether or
20        not Mr. Blanchard was conscious, unconscious,
21        screaming, not screaming as the hydraulic work-
22        over unit went into the water; would you agree?
23   A    When that beam hit the front of the lift boat,
24        I saw Mr. Blanchard slingshot around the legs.
25        That's why I said his head his the jack leg.
```

Page 253

```
 1    Q     And, Mr. Brereton, I'm not quibbling with you,
 2          right?  I just -- when I talked to you earlier,
 3          it sounded like it was kind of the gash that
 4          was on his head --
 5    A     Yes.
 6    Q     -- that led you to the belief that he was
 7          unconscious, right?
 8    A     Yeah.
 9    Q     But you didn't actually see him go into the
10          water, agreed?
11    A     No.
12    Q     Nobody on this project actually saw him go into
13          the water?
14    A     No.
15    Q     And so as far as someone actually observing
16          whether or not Mr. Blanchard was conscious or
17          unconscious at the time that this hydraulic
18          work-over unit went underwater, no one is going
19          to be able to say I personally observed that
20          his eyes were closed or that his eyes were
21          open.
22    A     Correct.
23    Q     Now, you were shown Exhibit 148.  It was an
24          email that you sent.  Remember there was the
25          statement on what could have been done
```

Page 254