# EXHIBIT 9

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

LACI N. BLANCHARD,
Individually, and as next
friend of W.B., surviving
minor child of RONNIE P.
BLANCHARD, JR.,

   Plaintiff,

v.

Civil Action No.
22-CV-2420

SANARE ENERGY PARTNERS LLC,
et al.,

   Defendants.

* * * * * * * * * * * * * * * * * * * * * * * * *

VIDEOTAPED DEPOSITION OF:

MATTHEW JAMES GAUDET

Tuesday, March 11, 2025
9:13 a.m. (CST)

At the Law Offices of:
JONES WALKER
201 St. Charles Avenue
New Orleans, Louisiana  70170

Reported by:

   YOLANDA J. PENA, RPR
   Certified Court Reporter
   No. 2017002 in and for the
   State of Louisiana

```
 1                    A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFF:

 4        ARNOLD & ITKIN LLP
          (BY:   ALEC PARADOWSKI, ESQ.)
 5        6009 MEMORIAL DRIVE
          HOUSTON, TEXAS   70802
 6        (713) 222-3800
          aparadowski@arnolditkin.com
 7
                    - AND -
 8
          DRENNAN LANGDON & FIDEL, LLP
 9        (BY:   JOSEPH DRENNAN, ESQ.) [via Zoom]
          1001 MAIN STREET, SUITE 706
10        LUBBOCK, TEXAS   79401

11
      FOR ALL COAST, LLC:
12
          THE MOELLER FIRM
13        (BY:   DAVID K. SMITH, ESQ.) [via Zoom]
          (BY:   KASSIE RICHBOURG, ESQ.) [via Zoom]
14        650 POYDRAS STREET, SUITE 2516,
          NEW ORLEANS, LOUISIANA   70130
15        (504) 308-1363
          david@moellerfirm.com
16

17
      FOR HARDY OILFIELD SERVICES, LLC:
18
          MARON MARVEL BRADLEY ANDERSON & TARDY LLC
19        (BY:   DAVID BARFIELD, ESQ.) [via Zoom]
          201 ST. CHARLES AVENUE, SUITE 2411
20        NEW ORLEANS, LOUISIANA   70170
          (601) 960-3104
21        dbarfield@maronmarvel.com

22

23

24

25
```

```
                                                             Page 3
 1
              A P P E A R A N C E S (Continued)
 2

 3
     FOR NPC LAND & MARINE, LLC:
 4
         LABORDE SIEGEL
 5       (BY:  CARLA LASSABE, ESQ.) [via Zoom]
         5151 SAN FELIPE, SUITE 750
 6       HOUSTON, TEXAS   77056
         (832) 255-6000
 7       classabe@labordesiegel.com

 8

 9   FOR SANARE ENERGY PARTNERS LLC:

10       HALL MAINES LUGRIN
         (BY:  ROBERT E. FREEHILL, ESQ.)
11       (BY:  CAROLINE E. BOSSIER, ESQ.)
         2800 POST OAK BOULEVARD, 64TH FLOOR
12       HOUSTON, TEXAS   77056
         (713) 871-9000
13       rfreehill@hallmaineslugrin.com
         cbossier@hallmaineslugrin.com
14

15
     FOR SBS ENERGY SERVICES, LLC:
16
         LEBAS LAW FIRM ALPC
17       (BY:  HENRY H. LEBAS, ESQ.)
         2 FLAGG PLACE, SUITE 1
18       LAFAYETTE, LOUISIANA   70508
         (337) 236-5500
19       hlebas@lebaslaw.com

20

21   FOR SUPERIOR ENERGY SERVICES NORTH AMERICA
     SERVICES, INC. AND WARRIOR ENERGY SERVICES
22   CORPORATION:

23       BRADLEY ARANT BOULT CUMMINGS LLP
         (BY:  ROSS A. DARVILLE, ESQ.) [via Zoom]
24       600 TRAVIS STREET, SUITE 5600
         HOUSTON, TEXAS   77002
25       (713) 576-0375
         rdarville@bradley.com
```

```
                                                    Page 4
 1               A P P E A R A N C E S  (Continued)
 2
 3
     ALSO PRESENT:
 4
         XAVIER BOYD, VIDEOGRAPHER
 5
         ROBERT BRAY [via Zoom]
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                    Page 5
 1                      I N D E X

 2
                                                     PAGE
 3
    LIST OF EXHIBITS....................................6
 4
    EXAMINATION BY:
 5
         MR. PARADOWSKI.........................7, 117, 159
 6
         MR. FREEHILL..........................72, 120, 162
 7
         MR. DARVILLE....................................101
 8
         MR. BARFIELD....................................103
 9
         MS. RICHBOURG...................................107
10
         MR. LEBAS.......................................121
11
    REPORTER'S PAGE....................................174
12
    REPORTER'S CERTIFICATE.............................175
13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 6

1    LIST OF EXHIBITS

2

   Exhibit No. 120........................................59
3       (SBS00529; Accident Investigation
         Program)
4
   Exhibit No. 121........................................61
5       (Statement of Mr. Gaudet)

6  Exhibit No. 122........................................93
        (Mr. Foley email; 3/6/22;
7        Subject: Drawing)

8  Exhibit No. 123........................................97
        (Deposition transcript of
9        Richard Coleman; 2/13/25)

10 Exhibit No. 124........................................98
        (Deposition transcript of
11       Michael Granger; 1/28/25)

12

13                       ATTACHMENTS

14
   Attachment No. 1......................................107
15     (AC CONFIDENTIAL 0163;
        HSE Orientation Topics)
16

17

18

19

20

21

22

23

24

25

```
                                                   Page 55
 1      Q.   So let me see if I can show you a picture here
 2   because I want to make sure that I've kind of got a
 3   good sense of -- I know this is nighttime, Mr. Gaudet.
 4   But when we look at this photo here, where you were
 5   physically located, can we see that on this picture?
 6      A.   No.
 7      Q.   So --
 8      A.   You have to back up.
 9      Q.   I see.  So --
10      A.   I'm on the barge.
11      Q.   That's what I was trying to get at.  Okay.
12           So you're on the liftboat --
13      A.   Yes.
14      Q.   -- while this is happening?
15           And so if you had to estimate the distance
16   between you and the hydraulic workover unit while
17   Ronnie is unhooking the crane, how far is that?
18      A.   A hundred feet, maybe.
19               THE REPORTER:  I'm sorry?
20      A.   A hundred feet, maybe.
21   BY MR. PARADOWSKI:
22      Q.   And when Ronnie unhooks the crane, can you
23   tell me what you saw happen next?
24      A.   Well, he unhooked one shackle on the spreader
25   bar.  He bent down and hooked the other shackle on the
```

```
                                                              Page 56
 1   spreader bar.  He stood up and looked at me like he
 2   will say something, and then it fell over, like,
 3   seconds after he unhooked it.
 4        Q.   And you mentioned that kind of right before it
 5   fell over, you actually made eye contact with Ronnie?
 6        A.   Yeah, he was looking right at me.  I had the
 7   next piece of equipment to hook up.
 8        Q.   And so -- and I know this is hard, Mr. Gaudet.
 9   But you actually watched the hydraulic workover unit
10   tip over and fall into the water?
11        A.   That's correct.  It fell and one of the arms
12   hit the front of the barge, and then it went straight
13   down.
14        Q.   Could you hear -- and I have to ask these
15   questions, Mr. Gaudet.  I don't like making you relive
16   this, but new question, new line.
17             Did you hear Mr. Blanchard screaming or
18   yelling for help at all?
19        A.   It was very fast.
20        Q.   It was?  Okay.
21             Did you see Mr. Blanchard actually go into the
22   water?
23        A.   No, I couldn't see.  I was too far from the
24   edge.
25        Q.   I got it.  So at some point, the --
```

```
                                                      Page 57
 1        A.   I lost eye contact.
 2        Q.   Right.  The hydraulic workover unit, as it
 3   gets down closer to the water, the edge of the barge
 4   blocks your vision so you can't actually see it --
 5        A.   Yeah, I was about -- at least 50 feet from the
 6   handrail.
 7        Q.   Do you know -- and it's okay if you don't.
 8             But do you know whether any of the other SBS
 9   crew members actually saw Ronnie go into the water?
10        A.   Not that I know of.  I don't know where Travis
11   was, and Lance was in the dog house.  And I don't know
12   where the other guys were.
13        Q.   Once the hydraulic workover unit went into the
14   water, what did you and the rest of the SBS crew do?
15        A.   As soon as it went down, I ran straight to the
16   handrail, and I had to stop myself from going get him.
17   When I looked at that crane, I was like, that's -- I'm
18   not going to die too.
19        Q.   So --
20        A.   I swim like a fish.
21        Q.   Your first thought was, "I'll just go get
22   Ronnie.  I can save him"?
23        A.   Yeah.
24        Q.   And then you go and you look over the
25   handrail, and the current is too strong, and if you
```

```
 1      Q.   Yeah.  I mean, when you were working for SBS,
 2   every single day that you were on the project, you
 3   fought to make sure that the work was done as safely as
 4   it could be done, right?
 5      A.   Yes.
 6      Q.   And on this particular project where Ronnie
 7   Blanchard died, SBS made intentional choices to cut
 8   corners that made the job more dangerous; is that
 9   right?
10      A.   That -- yes.
11      Q.   Last thing, do you still have the --
12   Exhibit 121, the statement to the labor board, in
13   front of you?
14      A.   Yes.
15      Q.   I just want to follow up.  There -- I meant to
16   ask you this towards the end -- or I meant to ask you
17   this earlier and forgot.
18           There's the paragraph towards the end that
19   says, "I was on the jack-up standing on top of the
20   closing unit."  Do you see that?
21      A.   Yes.
22      Q.   So it says, [As read]:  "I was on the jack-up
23   standing on top of the closing unit, looking at Ronnie
24   Blanchard.  I watched him unhook one shackle from the
25   spreader bar.  Then he unhooked the other shackle from
```

```
                                                             Page 120
 1    the unit.  He stood up as if he was going to say

 2    something.  Then while making deliberate eye contact,

 3    the unit gave way.  Ronnie was looking at me directly

 4    in the eyes the whole time it was following --

 5    falling."  Do you see that?

 6         A.   Yes.

 7         Q.   What emotions did you see on Mr. Blanchard's

 8    face as the hydraulic workover unit was falling, sir?

 9         A.   Shock.  His eyes just opened up.  It -- it's

10    hard.  It happened real fast.

11                  MR. PARADOWSKI:  That's all the

12             questions that I have for you.  I appreciate

13             your time.

14                  THE WITNESS:  Thank you.

15                  MR. FREEHILL:  I just have a couple

16             quick questions for you, sir.

17                           RE-EXAMINATION

18    BY MR. FREEHILL:

19         Q.   That Exhibit 121 that's in front of you, all

20    the information in that statement is true and correct,

21    right?

22         A.   100 percent.

23         Q.   And you wrote that based on your personal

24    recollection and what you witnessed on March 25th,

25    2022?
```