# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Laci N. Blanchard | § | |
| | § | |
| *versus* | § | Case Number: 4:22−cv−02420 |
| | § | |
| Sanare Energy Partners, LLC, et al. | § | |

# Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Docket Call

    Date and Time: August 8, 2025 at 3:30 p.m.

Date: August 7, 2025

                                                                                   Nathan Ochsner, Clerk