**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| LACI N. BLANCHARD § | |
| § | |
| Plaintiff(s), § | |
| VS. § | CIVIL ACTION NO. 4:22−cv−02420 |
| § | |
| SANARE ENERGY PARTNERS, LLC, et al. § | |
| § | |
| Defendant. § | |

**NOTICE OF RESETTING**

A Pre−Motion Conference has been set in this matter for 11:00 AM on 8/14/2025. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1613771695?pwd=7wlP9PMhRHKxVtSubIY9m7fQnW51b0.1*
Meeting phone number: 1−669−254−5252
Meeting ID: 161 377 1695
Meeting Password: 995808

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 8/7/2025                                    Kimberly Picota
                                                  cm4147@txs.uscourts.gov
                                                  Case Manager to
                                                  U.S. District Judge George C. Hanks, Jr.