**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| LACI N. BLANCHARD § | |
| § | |
| Plaintiff(s), § | |
| VS. § | CIVIL ACTION NO. 4:22–cv–02420 |
| § | |
| SANARE ENERGY PARTNERS, LLC, et al. § § | |
| Defendant. § | |

## NOTICE OF RESETTING

A Pre–Motion Conference has been set in this matter for 02:00 PM on 9/10/2025. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1611748401?pwd=g0icHVPLXotpwDbsFeowiN9K2gKKcQ.1*
Meeting phone number: 1–669–254–5252
Meeting ID: 161 174 8401
Meeting Password: 235040

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 8/14/2025               Kimberly Picota
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.