# HEARING MINUTES

Cause No:         4:22-cv-2420

Style:            *Blanchard v. Sanare Energy Partners, LLC*

Hearing Type:     Pre-Motion Conference

**Appearances:**

| Counsel | Representing |
|---|---|
| Henry Lebas | SBS Energy Services, LLC |
| Roland Thomas Christensen | Laci N. Blanchard |

Date: September 10, 2025          Court reporter: ERO-April Cavazos
Time: 2:30 PM – 2:38 PM           Law Clerk: E. Robins

At the hearing, the following rulings were made as stated on the record:

The Court held a pre-motion conference (Dkt. 157) regarding the parties' requests (Dkts. 137, 145, 146).

Plaintiff may file her motion to remand by **Friday, September 12, 2025**. Defendant may respond by **Friday, October 3, 2025**, with Plaintiff's reply due by **Friday, October 10, 2025**. No sur-reply may be filed without leave of the Court.